```
 1  David J. Kaminski (SBN 128509)
    kaminskid@cmtlaw.com
 2  Stephen A. Watkins (SBN 205175)
    watkinss@cmtlaw.com
 3  CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
 4  Los Angeles, California 90045
    (310) 242-2200 Telephone
 5  (310) 242-2222 Facsimile

 6  Attorneys for Defendant
    WILLIAMS & FUDGE, INC.
 7

 8
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA - SAN DIEGO

| | |
|---|---|
| JENNIFER EVANS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAMS & FUDGE, INC.; SALLIE MAE, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:12-CV-00746-JM-WMC<br><br>**NOTICE OF SETTLEMENT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Defendant WILLIAMS & FUDGE, INC. and Plaintiff JENNIFER EVANS have settled the above-entitled matter as to WILLIAMS & FUDGE, INC. The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation Re Dismissal, with prejudice, as to WILLIAMS & FUDGE, INC., pursuant to FRCP 41(a)(1), no later than 45 days from the date of this Notice.

///
///
///
///

1

The parties request that the Court take off calendar all future hearing dates in this matter.

DATED: December 27, 2012                           **CARLSON & MESSER LLP**

                                          By     /s/ Stephen A. Watkins
                                                 Stephen A. Watkins
                                                 David J. Kaminski
                                                 CARLSON & MESSER LLP
                                                 Attorneys for Defendant,
                                                 WILLIAMS & FUDGE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this **28th** day of **December, 2012**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the ECF system which will send notification of such filing to the following E-mail address:

jeremy@goldencardona.com

                                          /s/Stephen A. Watkins
                                          Stephen A. Watkins