# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER EVANS,<br><br>                     Plaintiff,<br>vs.<br>WILLIAMS & FUDGE, INC.; SALLIE MAE, INC.,<br><br>                     Defendants. | CASE NO. 12cv0746 JM(WMC)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

For good cause shown, the court grants the parties' joint motion to dismiss [Docket No. 27], as to Defendant Sallie Mae, Inc. only, with prejudice.

**IT IS SO ORDERED.**

DATED: February 6, 2013

                                                      Hon. Jeffrey T. Miller<br>
                                                      United States District Judge

cc:       All parties