UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA - SAN DIEGO

| | | |
|---|---|---|
| JENNIFER EVANS, an individual, | ) | CASE NO. 3:12cv746 JM(WMC) |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING JOINT** |
| vs. | ) | **MOTION TO DISMISS** |
| | ) | |
| WILLIAMS & FUDGE, INC.; | ) | |
| SALLIE MAE, INC.; and DOES 1 | ) | |
| through 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

The Court has reviewed the Joint Motion of Plaintiff, JENNIFER EVANS and Defendant, WILLIAMS & FUDGE, INC. to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Motion between parties, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(i)(A)(ii).  Each Party shall bear its/his/her own costs and expenses, including attorneys' fees.

IT IS SO ORDERED.

DATED:  February 20, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge

1